[No. 13047–5–II. Division Two. November 1, 1990.]

JAMES A. HUBERT, *Appellant,* v. THE PORT OF KINGSTON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 85–2–01070–3, Leonard W. Costello, J. Pro Tem., entered June 16, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Worswick, J.

[No. 10357–9–III. Division Three. November 1, 1990.]

THE STATE OF WASHINGTON, *Appellant,* v. NICKEY DEAN HOWELL, *Respondent.*

Appeal from a judgment of the Superior Court for Chelan County, No. 89–1–00097–1, John E. Bridges, J., entered October 11, 1989. *Affirmed* by unpublished opinion per Green, A.C.J., concurred in by Thompson and Shields, JJ.

[No. 25301–8–I. Division One. November 5, 1990.]

*In the Matter of the Personal Restraint of* MICHAEL THORNTON, *Petitioner.*

Petition for relief from personal restraint. *Denied* by unpublished per curiam opinion.